CLOSED, CV

**U.S. District Court**
**U.S.District Court Minnesota (DMN)**
**CIVIL DOCKET FOR CASE #: 0:07-cv-04871-PAM-JSM**

Walters v. Davol, Inc. et al
Assigned to: Senior Judge Paul A. Magnuson
Referred to: Magistrate Judge Janie S. Mayeron
Cause: 28:1332-pip-Diversity-Personal Injury, Product Liability

Date Filed: 12/17/2007
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**John E. Walters** represented by **Charles H Johnson**
Charles H Johnson & Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651-633-5685
Fax: 651-633-4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C.R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/17/2007 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350 receipt number 40018379.) assigned to Judge Paul A. Magnuson per Master referred to Magistrate Judge Janie S. Mayeron, filed by John E. Walters. (Attachments: # 1 Civil Cover Sheet) (JMH) (Entered: 12/17/2007) |
| 12/17/2007 | | Summons Issued as to Davol, Inc., C.R. Bard, Inc. (JMH) (Entered: 12/17/2007) |
| 01/25/2008 | 2 | REQUEST FOR WAIVER of Service sent to Mr. Brian Burlew - Counsel for Service of Process for Davol, Inc. and C.R. Bard, Inc. on December 27, 2007 by John E. Walters.Waiver of Service due by 1/28/2008. (Attachments: # 1 Cover Letter To Mr. Brian Burlew (Defense Counsel for Service of Process for Davol, Inc. and C.R. Bard, Inc.)# 2 Consent Form for Waiver of Service of Summons# 3 Certificate of Service of Notice of Suit and Request for Waiver of Service of Summons)(Johnson, Charles) (Entered: 01/25/2008) |
| 01/25/2008 | 3 | WAIVER OF SERVICE Returned Executed filed by John E. Walters. Davol, Inc. waiver sent on 12/27/2007, answer due 2/25/2008; C.R. Bard, Inc. waiver sent on 12/27/2007, answer due 2/25/2008. (Johnson, Charles) (Entered: 01/25/2008) |
| 02/13/2008 | 4 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO-13), transferring case to the District of Rhode Island per MDL Panel for coordinated or consolidated |

| | | |
|---|---|---|
| | | pretrial proceedings. Case assigned to Judge Mary M. Lisi. (JMH) (Entered: 02/14/2008) |